IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS J. KLOCKER,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN LIVESTOCK EXPRESS, INC., and K & B TRANSPORTATION, INC.,<br><br>Defendants. | 8:24CV369<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The parties' joint motion to extend certain deadlines in the final progression order is granted. Filing No. 29.

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for October 21, 2025 is continued and will be held with the undersigned magistrate judge on **January 13, 2026** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is December 15, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by December 29, 2025.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is December 15, 2025.

1

      a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 5.

      b. Depositions will be limited by Rule 30(d)(1).

4) The deadline for filing motions to dismiss and motions for summary judgment is February 19, 2026.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 15, 2026.

6) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7) All other deadlines and provisions in the Court's prior final progression order, Filing No. 18, not amended herein remain unchanged.

Dated this 15th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge